UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZHENNAN YUAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TODD M. LYONS, Acting Director, U.S. ) <br> Immigration And Customs Enforcement, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 25-10906-BEM |

**TEMPORARY RESTRAINING ORDER**

**MURPHY, J.**

After reviewing the complaint, the application for a temporary restraining order, and related filings, for good cause shown, and pursuant to Fed. R. Civ. P. 65, the Court hereby orders as follows:

1. Defendant Todd Lyons, Acting Director, United States Immigration and Customs Enforcement, and any agents acting under his authority or control, are temporarily restrained (a) from arresting or detaining Plaintiff Zhennan Yuan under 8 U.S.C. § 1226(a), or otherwise for being unlawfully present in the United States without legal permission or authority, based on the termination or revocation of his F-1 student visa, or (b) if plaintiff has already been arrested or detained, transferring him outside the District of Massachusetts, until 5:00 p.m. on Tuesday, April 29, 2025. This order is subject to such further extension by the Court as may be appropriate.

2. This order is issued without notice to the United States because there are specific facts set out in the affidavits and pleadings that clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the United States can be heard in opposition. The Court

construes the movant's complaint and filings liberally, as a pro se plaintiff, and finds that his filings have adequately demonstrated why notice should not be required. *See Barrett v. Lombardi,* 239 F.3d 23, 28 (1st Cir. 2001) (a court may afford pro se litigants "a measure of latitude in procedural matters" (dicta citing *Instituto de Educacion* Universal Corp. *v. United States Dep't of Educ.*, 209 F.3d 18, 23 (1st Cir. 2000)); *Boivin v. Black*, 225 F.3d 36, 43 (1st Cir. 2000) (explaining that "courts hold pro se pleadings to less demanding standards than those drafted by lawyers").

3.   Plaintiff is ordered to serve a copy of this Temporary Restraining Order, the Complaint, the Summons, and the Motion and Application for Temporary Restraining Order and related filings on the United States Attorney for the District of Massachusetts by 11:59 p.m. on Thursday, April 17, 2025, and to complete service in accordance with Fed. R. Civ. P. 4(i)(2) by 5:00 p.m. on Friday, April 18, 2025.

4.   Defendant shall file any opposition or response to the application for a temporary restraining order by the close of business on Wednesday, April 23, 2025.

5.   A hearing shall be held on Monday, April 28, 2025, at 3:00 pm in Courtroom 12.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court

Dated at Boston, Massachusetts, April 15, 2025, 9:00 am.