**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **ZHENNAN YUAN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TODD M. LYONS, Acting Director, U.S. Immigration And Customs Enforcement,**<br><br>**Defendants.** | ) | **Civil Action No. 25-10906-BEM** |

**ORDER OF DISMISSAL**

In light of the parties' stipulation [ECF #24], IT IS SO ORDERED. The clerk shall dismiss this case with prejudice.

July 16, 2025

/s/ Brian E. Murphy
Brian E. Murphy
U.S. District Judge